CLARA TESSER et al., Appellants, v. CITY OF NEW YORK, Respondent.—

Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

MARIE R. WISCHERTH, Appellant, v. GUSTAVUS A. WISCHERTH, Respondent.—

Close, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

(June 30, 1943.)

In the Matter of the Application of SAMUEL E. BLACKHAM for Admission to Practice as an Attorney. (From the State of Utah.)—

Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.